**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 98-7621

—————————

RUPERT GILLIN,

Petitioner - Appellant,

versus

LLOYD WATERS; ATTORNEY GENERAL OF THE STATE OF
MARYLAND,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-2234-CCB)

—————————

Submitted:  December 17, 1998      Decided:  January 12, 1999

—————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Rupert Gillin, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, David Jonathan Taube, Assistant Attorney General, Ann
Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Balti-
more, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rupert Gillin seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Gillin v. Waters</u>, No. CA-98-2234-CCB (D. Md. Oct. 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2